|   |   |
|---|---|
| 1 | RICHARD K. GROSBOLL, Bar No. 99729 |
|   | BENJAMIN K LUNCH, Bar No. 246015 |
| 2 | SONYA M. GORDON, Bar No. 232600 |
|   | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| 3 | 369 Pine Street, Suite 800 |
|   | San Francisco, CA  94104-3233 |
| 4 | TEL:  (415) 677-9440 |
|   | FAX: (415) 677-9445 |
| 5 | Email:  sgordon@neyhartlaw.com |
|   |           rgrosboll@neyhartlaw.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS, | Case No.  C-11-3976-SI |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | Judge:         Hon.  Susan Illston |
| RT/DT, INC., dba THOMAS PLUMBING, a California Corporation, | Location:     450 Golden Gate Avenue |
| Defendant. | San Francisco, CA 94102 |
|  | Courtroom: 10 - 19th Floor |

Case No.  C-11-3976 SI
**ORDER FOR ENTRY OF STIPULATED JUDGMENT**

1  [PROPOSED] ORDER:

2      IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor

3  of Plaintiffs against Defendant Roeber's, Inc., a California Corporation in the sum of $29,525.

4  IT IS SO ORDERED.

5  Dated: __3/1/12__         _____

6                                    U.S. District Court Judge

Case No.  C-11-3976 SI
ORDER FOR ENTRY OF STIPULATED JUDGMENT