RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-3233
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: sgordon@neyhartlaw.com
         rgrosboll@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS, <br><br>     Plaintiffs, <br><br> vs. <br><br> RT/DT, INC., dba THOMAS PLUMBING, a California Corporation, <br><br>     Defendant. | Case No.  C-11-3976-SI <br><br> **ORDER** <br><br> Judge:    Hon. Susan Illston <br> Location:  450 Golden Gate Avenue <br>           San Francisco, CA 94102 <br> Courtroom: 10 - 19th Floor |

[PROPOSED] ORDER:

IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendant Roeber's, Inc., a California Corporation in the sum of $29,525.

IT IS SO ORDERED.

Dated: 3/1/12

_____
U.S. District Court Judge

Case No.  C-11-3976 SI
**ORDER FOR ENTRY OF STIPULATED JUDGMENT**